No. 92–5896. DEBERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5907. BETKA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5992. JANES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6013. LUCKETT v. JETT, DIRECTOR, ILLINOIS DEPARTMENT OF HUMAN RIGHTS. C. A. 7th Cir. Certiorari denied.

No. 92–6032. WASHINGTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6037. HERNANDEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6054. VILLARRUBIA v. UNITED STATES POSTAL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6061. PEDROZA-DIAZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6106. HALBERT v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 92–6141. DOLFI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6160. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–6186. EVANS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6264. UHLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6277. ALI-KANDIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6278. CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.